UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 26-2952, 26-2970 & 26-2971**

Kelley v. Reyes
(D.N.J. No. 2:19-cv-17911)

**ORDER**

The above captioned appeals are hereby consolidated for purposes of scheduling, joint appendix, and disposition. The following briefing schedule will be issued in these cases at the appropriate time:

Step 1: Appellants/Cross-Appellees Raymond Reid in No. 26-2952 and Richard Reyes in No. 26-2970 shall file their opening briefs and the joint appendix pertaining to all three (3) appeals within 40 days of the date the briefing schedule is issued;

Step 2: Appellee/Cross-Appellant Eric Kelley shall file his brief, opening as to his issues on appeal in No. 26-2971 and responsive as to the Step 1 briefs in Nos. 26-2952 and 26-2970, within 30 days of the date of service of the last Step 1 brief;

Step 3: All other Appellee(s) shall file a brief within 30 days of the date of service of the Step 2 brief;

Step 4: Appellants/Cross-Appellees Raymond Reid and Richard Reyes, shall file their briefs, responsive as to the Step 2 brief in No. 26-2971 and in reply as to their own issues on appeal in Nos. 26-2952 and 26-2970, within 30 days of the date of service of the last Step 3 brief; and

Step 5: Appellee/Cross-Appellant Eric Kelley shall file his reply brief as to issues raised in No. 26-2971 within 21 days of the date of service of the last Step 4 brief.

The parties are advised that failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.

For the Court,

/s/ Patricia S. Dodszuweit
Clerk

Dated: August 14, 2026
Lmr/cc: All Counsel of Record
Lori Hillas